Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
tmartin@consumerlawcenter.com

Attorneys for Plaintiff, TARA BARDELLA

## UNITED STATES DISTRICT COURT,
## DISTRICT OF ARIZONA

| | |
|---|---|
| TARA BARDELLA ) | **Case No.: 4:10-cv-00090-BPV** |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF SETTLEMENT** |
| v. ) | |
| ) | |
| SOUTHWEST CREDIT SYSTEMS, LP ) | |
| ) | |
| Defendant. ) | |
| ) | |

NOW COMES the Plaintiff, TARA BARDELLA, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: August 2, 2010            KROHN & MOSS, LTD.

By:  /s/ Ryan Lee _____
              Ryan Lee
              Attorney for Plaintiff