# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TARA BARDELLA, | |
| Plaintiff, | No. CIV 10-090-TUC-CKJ (BPV) |
| vs. | |
| SOUTHWEST CREDIT SYSTEMS, LP, | **ORDER** |
| Defendant. | |

Upon stipulation of all appearing parties and pursuant to Fed.R.Civ.P. 41(a)(1),

IT IS ORDERED Cause No. CIV 10-090-TUC-CKJ is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED the Clerk of the Court shall close its file in this matter.

DATED this 13th day of September, 2010.

_____
Cindy K. Jorgenson
United States District Judge